*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Gabriela Bonilla Lucas | Case No.   3:26-cv-01087 |
| Plaintiff | |
| VS. | Judge |
| Attorney General, et al. | Magistrate Judge |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Jan Peter Weiss</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Gabriela  Bonella Lucas</u>    in the above described action.

SO ORDERED on this, the __13th_ day of _April_, 20 _26___.


_____
U.S. Magistrate Judge